UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AGRI EXOTIC TRADING, INC., | Case No. 20-cv-5699 |
| Plaintiff, | **CORPORATE DISCLOSURE STATEMENT** |
| - against - | |
| HU HOLDINGS, LLC t/a HU KITCHEN, JORDAN P. BROWN and JESSICA L. BROWN, | |
| Defendants. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff Agri Exotic Trading, Inc., by and through undersigned counsel, hereby certifies that it is not a publicly-traded entity and has no other parent, subsidiaries or affiliates that are publicly held.  There are no non-parties with a financial interest in the outcome of this litigation.

Dated: July 23, 2020

                                          Respectfully submitted,

                                          McCARRON & DIESS
                                          Attorneys for Plaintiff


                              By:  /s/ Gregory Brown
                                   Gregory Brown
                                   576 Broadhollow Road, Suite 105
                                   Melville, New York 11747
                                   Phone:         (631) 425-8110
                                   Fax:            (631) 425-8112
                                   gbrown@mccarronlaw.com