UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AGRI EXOTIC TRADING, INC., | Case No. 20-cv-5699 (PAE) |
| Plaintiff, | **NOTICE OF VOLUNTARY DIMISSAL WITH PREJUDICE** |
| - against - | |
| HU HOLDINGS, LLC t/a HU KITCHEN, JORDAN P. BROWN and JESSICA L. BROWN, | |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Agri Exotic Trading, Inc., by and through undersigned counsel, hereby voluntarily dismisses the above-captioned action with prejudice and without costs to either side.

Dated:  August 14, 2020

        Respectfully submitted,

        McCARRON & DIESS
        Attorneys for Plaintiff

By: _____
        Gregory Brown
        576 Broadhollow Road, Suite 105
        Melville, New York 11747
        Phone: (631) 425-8110
        Fax: (631) 425-8112
        gbrown@mccarronlaw.com

**SO ORDERED:**
ENTERED this ___ day of _____, 2020.


_____
Hon. Paul A. Englemayer